# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Howard L. Abel, etc., et al.,<br><br>　　　　Defendant(s). | SACV 17-01157 JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: October 2, 2017

　　　　　　　　　　　　　　　　　／s／ James V. Selna
　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　United States District Judge